# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Erlinda Garguilo<br><br>Plaintiff,<br><br>v.<br><br>Kessler Institute for Rehabilitation, et al.<br><br>Defendants. | Civ. Action No.13-2713  (JMV)<br><br><br><br>**ORDER OF DISMISSAL** |

**John Michael Vazquez, U.S.D.J.**

  It has been reported to the Court that the above-captioned matter has been settled; therefore,

  **IT IS** on this 7th day of April 2016,

  **ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within 60 days, to reopen this action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

              /s/ John Michael Vazquez
              John Michael Vazquez, U.S.D.J.